**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of California
_____      _____
                                                (State)

Case number (*If known*): _____ Chapter 11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | TRIDENT NUT CO., INC., a California corporation |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Valley Pride Pistachios, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85 __ _ 1590311 __ __ __ __ __ __ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 246 W. Shaw Avenue | |
| Number        Street | Number        Street |
| | P.O. Box |
| Fresno CA 93704 | Fresno CA 93704 |
| City                 State        ZIP Code | City                 State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fresno | |
| County | Number        Street |
| | |
| | City                 State        ZIP Code |

5. **Debtor's website** (URL)    _____

Debtor   TRIDENT NUT CO., INC., a California corporati☐          Case number (*if known*)_____
         Name

---

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>1</u> <u>1</u> <u>1</u> <u>1</u> ___ ___

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

        District _____  When _____  Case number _____
                                            MM / DD / YYYY

---

| Debtor | TRIDENT NUT CO., INC., a California corporation | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____   Relationship _____

District _____   When    _____

                                                                    MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that app*ly.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                     Number          Street

_____

                     City                                 State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

               Contact name _____

               Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000

☐ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000

☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000

☐ 200-999

---

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page **3**

| Debtor | TRIDENT NUT CO., INC., a California corporatic | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 15. Estimated assets | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☑ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☑ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/18/2025
MM / DD / YYYY

X _____ Kulsanjugat S. Toor
Signature of authorized representative of debtor      Printed name

Title Secretary

**18. Signature of attorney**

X /s/ Ryan D. O'Dea              Date 08/19/2025
Signature of attorney for debtor       MM / DD / YYYY

Ryan D. O'Dea
Printed name
Shulman Bastian Friedman Bui & O'Dea LLP
Firm name
100 Spectrum Center Drive, Suite 600
Number    Street
Irvine                                  CA      92618
City                                  State   ZIP Code
949-340-3400
Contact phone                         Email address

273478                                CA
Bar number                            State

ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
OF
**TRIDENT NUT CO., INC.,**
a California corporation

The undersigned, being all of the Directors of TRIDENT NUT CO., INC., (the "Corporation"), and pursuant to the laws of the State of California, do hereby take the following actions by their unanimous written consent:

**CHAPTER 11 FILING**

WHEREAS, the Company has been unable to meet certain of its financial obligations and/or resolve certain claims and believes there are, or may be, other outstanding claims in the future;

WHEREAS, a proposal has been made to the Directors of the Corporation to, among other things, (a) prepare, authorize, and direct a process to be commenced by the Corporation under Title 11 of the U.S. Code (the "Bankruptcy Code"), or any similar or alternative insolvency-related options or regimes (a "Bankruptcy Proceeding"), (b) authorize and direct the Corporation's retention of legal counsel, (c) select and authorize the Corporation to negotiate, finalize, consummate, and otherwise proceed with transactions to be consummated through a Bankruptcy Proceeding, and (d) approve and authorize decisions impacting the employment or retention of the Corporation's employees, agents, contractors, and representatives;

WHEREAS, after due consideration taking into account the information available to it at this time, and after consultation with the Corporation's management, legal, financial, and other advisors, and in the exercise of their reasonable business judgment, the Directors have determined that it is in the best interests of the Corporation, its stakeholders, and its creditors to commence a Bankruptcy Proceeding on behalf of the Corporation and undertake any other actions herein required or approved; and

NOW, THEREFORE, BE IT RESOLVED, that the Board of Directors has declared, and it hereby does declare, that it is in the best interests of the Corporation and its stakeholders that the Corporation seek relief under the Bankruptcy Code.

FURTHER RESOLVED, that the Corporation shall be, and hereby is, authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), in the Bankruptcy Court for the Eastern District of California and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effectuate the purpose and intent of the foregoing.

## RETENTION OF PROFESSIONALS

RESOLVED FURTHER, that the engagement by the Corporation of Shulman Bastian Friedman Bui & O'Dea LLP as general counsel is hereby ratified, adopted and approved in all respects.

FURTHER RESOLVED, that Shulman Bastian Friedman Bui & O'Dea LLP and any co-counsel or special counsel selected by the Corporation, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and/or debtor in possession, in connection with any Chapter 11 Case commenced by or against it under the Bankruptcy Code.

## ADDITIONAL RESOLUTIONS

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any officer of the Corporation or any professionals engaged by the Corporation in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation.

FURTHER RESOLVED, that any and all actions and transactions by the Directors or any officer for and on behalf and in the name of the Corporation with respect to any transactions contemplated by the foregoing resolutions before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted and consented to in all respects for all purposes.

FURTHER RESOLVED, that the officers of the Corporation are authorized and directed to certify and/or attest these resolutions, certificate of incumbency and such other documents or instruments that the officers of the Corporation may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification and/or attestation shall not be required for any document, instrument or agreement to be valid and binding on the Corporation.

FURTHER RESOLVED, that officers of the Corporation shall upon action by the Board of Directors be authorized, directed and empowered, in the name and on behalf of the Corporation, as debtor and/or debtor in possession, to negotiate, execute, deliver, and perform, or cause to be negotiated, executed, delivered, and performed, and take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as any proper officer of the Corporation may deem necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, as may be deemed necessary, desirable or appropriate.

IN WITNESS WHEREOF, the undersigned, being all of the Directors of the Corporation, have executed this action and adopted these resolutions by their unanimous written consent, evidenced by their signatures herein below.  This action and such resolutions shall become effective as of and on August 18, 2025.

_____
KULSANJUGAT S. TOOR

_____
JAMES BLOCKER

IN WITNESS WHEREOF, the undersigned, being all of the Directors of the Corporation, have executed this action and adopted these resolutions by their unanimous written consent, evidenced by their signatures herein below. This action and such resolutions shall become effective as of and on August 18, 2025.

 

 

KULSANJUGAT S. TOOR

 

 

JAMES BLOCKER

| **Fill in this information to identify the case:** |
| --- |
| Debtor name   TRIDENT NUT CO., INC., a California corporation |
| United States Bankruptcy Court for the:   Eastern      District of   CA      (State) |
| Case number (If known):   _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 8th Avenue 4801 Trade Access Boulevard, Hazelwood, MO 63042 | Rangila Pal (778)847-3789 rangila.pal@8ave.com | trade debt | C/U | | | 1,972,740 |
| 2 | Aurora Pro 205 Edison Road Orange, CT 06477 | Candy Inoa (203)375-9956 ext. 330 cinoa@auroraproduct.com | trade debt | C/U | | | 352,260 |
| 3 | Cache 411 N Pioneer Ave, Woodland, CA 95776 | John Unzueta (530)662-1764 johnu@cachecreekfoods.com | trade debt | C/U | | | 1,784,640 |
| 4 | Caro Nut 2885 S. Cherry Ave Fresno, CA 93706 | Armando Castro (559)289-6145 Armando.Castro@Caro-N | trade debt | C/U | | | 2,646,000 |
| 5 | Cibovita 12 Vreeland Avenue Totowa, NJ 07512 | Ahmet Celik (862)238-8020 ahmet@cibovita.com | trade debt | C/U | | | 2,070,880 |
| 6 | Costco 2222 Enrico Fermi Drive San Diego, CA 92154 | Jennifer Messall (425)313-6126 jmessall@costco.com | trade debt | C/U | | | 1,176,000 |
| 7 | Gen Mills 900 Hall St SW Suite B Grand Rapids, MI 49503 | Seth Baso (763)293-3737 seth.baso@genmills.com | trade debt | C/U | | | 1,252,800 |
| 8 | Lark Ellen 420 Bryant Cir Unit B Ojai, CA 93023 | Mike Mendoza (805)320-9184 mike@puresimplefoods.com | trade debt | C/U | | | 48,100 |

Debtor    <u>TRIDENT NUT CO., INC., a California corporatic</u>         Case number (*if known*)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Maisie J. Hurtado 3764 Hegan Lane Chico, CA 95928 | Maisie Jane Hurtado (530)899-7909 maisie@maisiejanes.com | trade debt | C/U | | | 69,920 |
| 10 | NatPath – US 9100 Van Horne Way Richmond BC Canada V6X 1W3 | Danny Ko (604)248-8794 dko@naturespath.com | trade debt | C/U | | | 272,728 |
| 11 | NellysOrg 2513 Teller Road Newbury Park, CA 91320 | Paola Blanton (310)756-0738 paola@nellysorganics.com | trade debt | C/U | | | 23,700 |
| 12 | Once Again 12 South State Street Nunda, NY 14517-0429 | Dan Pijanowski (585)468-2535 dpijanowski@onceagain.com | trade debt | C/U | | | 1,469,160 |
| 13 | PremierOrg 810 81st Ave Unit B Oakland, CA 94621 | Santiago Cuenca-Romero (510)731-8767 santi@premierorganics.o | trade debt | C/U | | | 280,000 |
| 14 | Sunco 9208 North Fraser Crescent Burnaby BC V5J 0E3 | Samir Virani ( 604)451-9208 samir.virani@suncofoods | trade debt | C/U | | | 5,733,000 |
| 15 | Woodstock 96 Executive Ave Edison, NJ 08817 | Scott Berman (732)650-9905 sberman@woodstockfar | trade debt | C/U | | | 851,200 |
| 16 | Sran Family Orchards 1750 N. Siskiyou Ave Kerman, CA 93630 | | trade debt | C/U | | | Unk. |
| 17 | Andrew De Camara, Court Appointed Receiver | Beth Ann Young, Esq. bry@lnbyg.com | | C/U | | | Unk. |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |